# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE EWEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No. 1:18-cv-01275-JDP<br><br>ORDER GRANTING MOTION TO PROCEED IN FORMA PAUPERIS<br><br>(Doc. No. 2.) |

Plaintiff Lisa Marie Ewen proceeds in this social security appeal without counsel. He moves to proceed *in forma pauperis* under 28 U.S.C. § 1915. (Doc. No. 2.) Plaintiff has submitted a declaration stating her financial circumstances. (*Id.*) The court finds that plaintiff's declaration satisfies the requirements under § 1915. The court will therefore grant plaintiff's motion to proceed *in forma pauperis*. The court will also direct a United States Marshal to serve defendant Commissioner of Social Security. *See* Fed. R. Civ. P. 4(c)(3).

The court can request an attorney to represent any person who cannot afford counsel. *See* 28 U.S.C. § 1915(e)(1). If plaintiff wants the court's assistance in recruiting counsel, plaintiff must file a motion. The motion should indicate (1) why she believes that she will prevail, (2) her litigation experience, (3) any other information that would help the court assess her ability to represent herself or articulate her arguments, and (4) any past effort by plaintiff to recruit counsel on her own. The court will issue a scheduling order later in this case, and plaintiff should file a motion for assistance in recruiting counsel before her opening brief is due. The undersigned will determine whether recruiting counsel is appropriate after reviewing

1

plaintiff's motion and the administrative record.

**Order**

a. Plaintiff's motion for leave to proceed *in forma pauperis* is granted.

b. The court orders service of process on defendant:

    i. The clerk must issue summons.

    ii. The United States Marshals Service must serve a copy of the complaint, summons, and this order on defendant.

    iii. Plaintiff must assist the marshal upon request.

    iv. The United States will advance all costs of service.

IT IS SO ORDERED.

Dated: September 24, 2018

UNITED STATES MAGISTRATE JUDGE