UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE EWEN,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:18-cv-01275-NONE-JDP<br><br>FINDINGS AND RECOMMENDATIONS THAT DEFENDANT'S MOTION TO REMAND BE GRANTED<br><br>ECF No. 22 |

Plaintiff Lisa Marie Ewen proceeds in this Social Security appeal unrepresented by counsel. On February 13, 2020, defendant moved to remand the case for further administrative proceedings. Plaintiff has not responded in opposition and the time to do so has now expired. This matter is now ripe for review.

In its motion to remand, the Commissioner recognizes that the ALJ did not adequately evaluate the testimony of medical expert Dr. Strahl. ECF No. 22 at 9. Therefore, we recommend that the court grant defendant's motion to remand for further administrative proceedings under sentence for of 42 U.S.C. § 405(g), so that an ALJ may reevaluate Dr. Strahl's testimony and take further action as may be necessary to resolve this issue.

We submit these findings and recommendations to a United States District Judge under 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, the parties may file written objections with the court. If the parties file such objections, they

should do so in a document captioned "Objections to Magistrate Judge's Findings and Recommendations."

IT IS SO ORDERED.

Dated:     March 16, 2020

_____
UNITED STATES MAGISTRATE JUDGE

No. 204.