UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LISA MARIE EWEN,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　　Defendant. | Case No.　1:18-cv-01275-NONE-JDP<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS TO GRANT DEFENDANT'S MOTION TO REMAND<br><br>(Doc. No. 22) |

　　　　Plaintiff Lisa Marie Ewen proceeds in this Social Security appeal unrepresented by counsel.  This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On March 18, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendant's pending motion to remand be granted.  (Doc. No. 22.)   The findings and recommendations were served on all parties and contained notice that objections thereto were due within fourteen (14) days.  (*Id.*)  The time for filing objections has passed and no objections have been filed.

　　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

1

Accordingly:

1. The findings and recommendations issued on March 18, 2020 (Doc. No. 22) are adopted in full;
2. Defendant's motion to remand (Doc. No. 21) is granted;
3. This case is remanded for further consideration by the Social Security Administration; and
4. The Clerk of Court is directed to assign a district judge to this case for the purposes of closure, enter judgment in favor of plaintiff Lisa Marie Ewen and against defendant Commissioner of Social Security, and to close this case.

IT IS SO ORDERED.

Dated:   **April 23, 2020**

_____
UNITED STATES DISTRICT JUDGE

2